UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:24-CR-00074-DCLC-CRW |
| v. | ) | |
| BRYAN SCOTT HOY, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 21]. In the R&R, the magistrate judge recommends that the United States' Motion for Review of Release Order [Doc. 7], requesting that the release order issued by Magistrate Judge Andrea K. Johnstone in the District of New Hampshire on August 12, 2024 be overturned and that Defendant be detained pending trial. Defendant did not file timely objections to the R&R.[1] *See* Fed.R.Crim.P. 59(b)(2).

After thorough consideration of the United States' motion and the R&R, the Court finds that the R&R properly analyzes the issues presented. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R [Doc. 21]. For the reasons set out in the R&R, which are incorporated by reference herein, the United States' motion [Doc. 7] is **GRANTED** and Defendant shall be detained pending trial in the instant matter.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).